**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

_____

No. 96-3043

_____

| | |
|---|---|
| Leonard Wrieden, also known as | * |
| Lennie Wrieden, | * |
| | * |
| Appellant, | * |
| | *   Appeal from the United States |
| v. | *   District Court for the |
| | *   Southern District of Iowa. |
| John Lambert, Lt., | * |
| | *     [UNPUBLISHED] |
| Appellee. | * |

_____

Submitted: June 3, 1997
Filed: June 11, 1997

_____

Before HANSEN, MORRIS SHEPPARD ARNOLD, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Leonard Wrieden, an Iowa inmate, filed a pro se 42 U.S.C. § 1983 complaint alleging that correctional officer John Lambert injured Wrieden while using a pain-compliance hold on him. After appointing counsel for Wrieden and holding a bench trial, the district court[1] entered judgment for Lambert, and this appeal followed. Having carefully reviewed the parties' briefs and the record, we affirm the judgment of the

---

[1]The Honorable Celeste F. Bremer, United States Magistrate Judge for the Southern District of Iowa, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

district court and conclude that an extended opinion would have no precedential value. <u>See</u> 8th Cir. R. 47B.

Accordingly, we affirm.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.